Alexander G. Malyshev, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
T: (212) 732-3200
F: (212) 732-3232
E: Malyshev@clm.com

S. Todd Neal, Esq.
(*pro hac vice* applications to be filed)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B. Street, Suite 2200
San Diego, CA 92101
T: (619) 525-3890
F: (619) 398-0190
E: todd.neal@procopio.com

*Counsel for Defendants, Michael Blumenthal
and MB Property Acquisitions, LLC*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

ALAN G. STEVENS                              :
                                             :
                Plaintiffs                   :
          v.                                 : Case No.: 19 Civ. 5021 (MF)
MICHAEL BLUMENTHAL, and                      :
MB PROPERTY ACQUISITIONS, LLC                : **<u>AFFIDAVIT OF SERVICE</u>**
                                             :
                Defendants.                  :
-------------------------------------------------------------------X

STATE OF NEW YORK )
                                : ss.
COUNTY OF NEW YORK)

        EDURIN COLON, being duly sworn, deposes and says:

        1. I am over the age of eighteen years and I am not a party to this action

2. On the 3rd day of June, 2019 I served  true and correct copies of the Court's Notice of Initial Pretrial Conference and Individual Practices of the Honorable Jesse M. Furman by placing the same in a first class post-paid envelope addressed:

> Curtis V. Trinko, Esq.
> Law Offcies of Curtis V. Trinko, LLP
> 16 West 46th Street, 9th Floor
> New York, New York  10036

And on said day I deposited said envelope in a mail depository controlled and maintained by the United States Post office located at 25 Broadway, New York, New York, to be dispatched by first class mail.

Edurin Colon

Sworn to before me this

4th day of June, 2019.

Notary Public

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 18, 2022

8486789.1