# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Alan G. Stevens | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-CV-5021 |
| Michael Blumenthal and MB Property Acquisitions, L | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Alan G. Stevens

Date:   06/05/2019

*Attorney's signature*

Curtis V. Trinko, CT-1838
*Printed name and bar number*

39 Sintsink Drive W., Fl. 1
Port Washington, New York 11050

*Address*

Ctrinko@Trinko.com
*E-mail address*

(212) 490-9550
*Telephone number*

(212) 986-0158
*FAX number*