AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Alan G. Stevens | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-CV-5021 |
| Michael Blumenthal and MB Property Acquisitions, L | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Michael Blumenthal and MB Property Acquisitions, LLC

Date:   06/05/2019

*Attorney's signature*

Eric A. Plourde  (NY Bar No. 5460597)
*Printed name and bar number*

Procopio, Cory, Hargreaves & Savitch LLP
525 B Street
Suite 2200
San Diego, CA  92101
*Address*

eric.plourde@procopio.com
*E-mail address*

(619) 238-1900
*Telephone number*

(619) 235-0398
*FAX number*