UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ALAN G. STEVENS,

                       Plaintiff,                     19-CV-5021 (JMF)

      -v-                                     ORDER

MICHAEL BLUMENTHAL and
MB PROPERTY ACQUISITIONS, LLC,

                       Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Upon review of the parties' motion papers, the Court grants Plaintiff leave to file a sur-reply, not to exceed five pages and by no later than **Thursday, December 19, 2019**.  The sur-reply shall be limited to responding to Defendants' argument on pages 8-9 of the reply that, under the terms of the relevant agreements, any additional fee would be owed by Toll Brothers, not by Defendants.  *See* ECF No. 18, at 8-9.

       SO ORDERED.

Dated: December 13, 2019
       New York, New York
                                                      JESSE M. FURMAN
                                                 United States District Judge