# CARTER LEDYARD & MILBURN

*Counselors at Law*

**Alexander G. Malyshev**
**Partner**
•
*Direct Dial: 212-238-8618*
*E-mail: malyshev@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

February 6, 2020

*Via ECF*

Hon. Steward D. Aaron, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. SO ORDERED.
Dated: February 6, 2020

Re:  Stevens v. Blumenthal et al., 19-cv-05021 (S.D.N.Y. 2019)

Dear Judge Aaron:

This firm represents the Defendants in this matter. As you know, a mediation in this case is scheduled for February 12. Together with Plaintiff's counsel we write to notify the court that, since being referred to mediation, the parties have engaged in settlement discussions and have reached a settlement in principle.

We are in the process of finalizing the settlement agreement and hope to file a stipulation of discontinuance in the next week or so. As a result we jointly request that the mediation, and all other interim dates, be adjourned *sine die*.

Respectfully submitted,

/s/ Alexander G. Malyshev

Alexander G. Malyshev

AGM:
Enclosure

cc:  All Counsel of Record (via ECF)

9220416.1